UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARVIN MORAN,

Plaintiff,

v.

CHRISTY L. CRAIG, *et al.*,

Defendants.

Case No. 3:18-cv-00381-MMD-WGC

**ORDER**

Plaintiff, who is incarcerated within Ely State Prison, filed a document initiating this action titled, "Notice of Intent Civil Rights Complaint Pursuant to 42 U.S.C. § 1983." (ECF No. 1-1.) The document was not accompanied by the filing fee or a completed application to proceed *in forma pauperis* (IFP).

The Clerk shall **SEND** Plaintiff a copy of the instructions and application to proceed IFP for an inmate. Plaintiff has **THIRTY (30) DAYS** from the date of this Order to either file his completed IFP application and account statement, or pay the filing fee. The application must be accompanied by a certified copy of his trust fund account statement, and the financial certificate signed by a person authorized on behalf of the institution where he is incarcerated. If Plaintiff elects to pay the filing fee, the total amount is $400, which consists of the $350 filing fee and a $50 administrative fee. If he files a completed IFP application, he is still responsible for paying the $350 filing fee over time, even if his action is dismissed. If Plaintiff does not pay the filing fee or file a completed IFP application within thirty days, dismissal will be recommended.

In the event Plaintiff files a completed IFP application or pays the filing fee, the court will screen the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B), or 28 U.S.C. § 1915A, or both. 28 U.S.C. § 1915(e)(2)(B) applies to a plaintiff proceeding IFP, and 28 U.S.C. § 1915A applies to complaints filed by prisoners who seek redress from a governmental entity or officer or employee

of a governmental entity. Both require dismissal of a complaint, or any portion thereof, that is frivolous, malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant immune from such relief. Again, if the complaint is dismissed on screening, Plaintiff will not be refunded the $400 filing fee if it was paid, or if he is granted IFP status, he will still be responsible for paying the $350 filing fee over time.

**IT IS SO ORDERED.**

DATED: August 23, 2018.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE